UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In Re:                                                                              Chapter   7

  Latonia Bessiere
  a/k/a Latonia Early, Latonia Early-Hubelbank                    Case No. 14-74960-las

                              Debtor(s)
----------------------------------------------------------X

## LOSS MITIGATION REQUEST - BY DEBTOR

I am a Debtor in this case. I hereby request to enter into the Loss Mitigation Program with respect to *[Identify the property, loan and creditor(s) for which you are requesting loss mitigation]*:

75 Windmill Lane, Huntington, NY  11742
*[Identify the Property]*

0268217239
*[Loan Number]*

Wells Fargo Home Mortgage, P.O. Box 10368, Des Moines, IA 50306-0368
*[Creditor's Name and Address]*

### SIGNATURE

I understand that if the Court orders loss mitigation in this case, I will be expected to comply with the Loss Mitigation Procedures. I agree to comply with the Loss Mitigation Procedures, and I will participate in the Loss Mitigation Program in good faith. I understand that loss mitigation is voluntary for all parties, and that I am not required to enter into any agreement or settlement with any other party as part of entry into the Loss Mitigation Program. I also understand that no other party is required to enter into any agreement or settlement with me. I understand that **I am not required to request dismissal of this case** as part of any resolution or settlement that is offered or agreed to during the Loss Mitigation Period.

Sign: _____   Date: _____, 20____

Print Name: Latonia Bessiere
*[First and Last Name]*

Telephone Number: 631-271-5728
*[i.e. 999-999-9999]*

E-mail Address [if any]: latoniaearly@optonline.net

2