UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

Latonia Bessiere *aka* Latonia Early
*aka* Latonia Ealy-Hubelbank,

                                  Debtor.
-----------------------------------------------------------x

Case No. 14-74960-las

Chapter 7

### ORDER AUTHORIZING DEBTOR TO ENTER INTO LOAN MODIFICATION AGREEMENT WITH WELLS FARGO BANK, N.A.

The Court having entered an order, dated April 14, 2015 [Dkt. No. 19], directing the above captioned debtor and mortgagee Wells Fargo Home Mortgage to enter into this Court's Loss Mitigation Program with respect to loan number ending in 7239 with respect to real property located at 75 Windmill Drive, Huntington, NY 11742 (the "Property"); and upon the motion filed with this Court on May 17, 2016 (the "Motion") [Dkt. No. 32] by the Debtor, for entry of an order authorizing the debtor to enter into a Loan Modification Agreement with respect to the Property (the "Loan Modification Agreement"), a copy of which is annexed to the this Order and filed on the docket [Dkt. No. 36], all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b);  and due and proper notice of the Motion having been given; and it appearing that no other or further notice need be provided; and after due deliberation; and sufficient cause appearing to grant the relief requested;

       IT IS HEREBY ORDERED THAT:

       1.       The Motion is granted to the extent provided herein.

2. The Debtor is authorized to enter into the Loan Modification Agreement annexed to this Order.

3. The Debtor is authorized to take all actions necessary to effectuate the relief granted by this Order.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: June 15, 2016
Central Islip, New York

Louis A. Scarcella
United States Bankruptcy Judge