Law Offices of
# Shapiro, DiCaro & Barak, LLC
One Huntington Quadrangle
Suite 3N05
Melville, New York 11747
(631) 844-9611
FAX (631) 844-9525

August 19, 2016

Honorable Louis A. Scarcella
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza
Central Islip, NY 11722


RE:   Latonia Bessiere, aka Latonia Early, aka Latonia Early-Hubelbank
      Chapter 7
      Case Number: 14-74960
      SD&B File Number: 16-054089

Dear Judge Scarcella:

This loss mitigation status letter is submitted on behalf of JPMorgan Chase Bank, N.A., a secured creditor of the above referenced Debtors.

Please be advised that Chase has approved the Debtor for a trial loan modification agreement for the above referenced 2nd mortgage on the Debtor's property starting August 1, 2016. We are awaiting a decision from Debtor's counsel about whether the Debtor will accept the agreement. Once we have acceptance of the trial loan modification from the Debtor, we can begin to monitor the trial payments through completion. If the Debtor rejects the trial plan, Chase requests that the loss mitigation process be terminated.

If you have any questions, please do not hesitate to contact the undersigned.

Very truly yours,

Robert W. Griswold