UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- x
In re:

Latonia Bessiere *aka*
Latonia Early *aka*
Latonia Early-Hubelbank,

                      Debtor.
---------------------------------------------------------- x

Chapter 7

Case No. 14-74960-las

### ORDER ADJOURNING LOSS MITIGATION STATUS CONFERENCE AND SCHEDULING HEARING ON SANCTIONS

On August 24, 2016, the Court held a scheduled loss mitigation status conference. Counsel for JPMorgan Chase Bank, N.A., Shari Barak, Esq. appeared. Debtor's counsel, Michael Macco, Esq., failed to appear or otherwise inform the Court prior to the scheduled conference that he would not be present.

Accordingly, it is hereby

ORDERED that the loss mitigation status conference is adjourned to September 20, 2016 at 10:00 a.m.; and it is further

ORDERED that Michael Macco, Esq. shall appear before the Court on September 20, 2016 and show cause as to why sanctions should not be entered against him for failing to appear at the August 24, 2016 loss mitigation status conference.



**Dated: August 24, 2016**
**Central Islip, New York**

                                                /s/ Louis A. Scarcella
                                                **Louis A. Scarcella**
                                                **United States Bankruptcy Judge**